IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 1:17cr205
)
STEVEN J. GRAVES, )
)
Defendant. )

## CONSENT ORDER OF FORFEITURE

WHEREAS, on September 20, 2017, the defendant, Steven J. Graves, waived indictment and pled guilty to a two-count criminal information charging the defendant with conspiracy to defraud the United States and to commit wire fraud, in violation of Title 18, United States Code, Section 371, and agreed to the entry of a forfeiture money judgment not more than $75,296.65;

WHEREAS, the defendant obtained at least $74,707.74 from his participation in the conspiracy to commit wire fraud, an amount for which he will be solely liable;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2(b)(4) and 43(a) with respect to notice in the criminal information that the government will seek forfeiture as part of any sentence in this case, and that entry of this order shall be made a part of the sentence, in or out of the presence of the defendant, and included in the Judgment in this case without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The United States of America shall have a forfeiture money judgment, pursuant to Fed. R. Crim. P. 32.2 (b)(1) & (2), 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), against the defendant, Steven J. Graves, for $74,707.74, an amount that represents illegal proceeds the defendant obtained during his participation in the conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1343, and an amount for which the defendant shall be solely liable.

2. The United States of America may collect said judgment by all available means, including but not limited to the forfeiture of direct proceeds and substitute assets.

3. The Attorney General, Secretary of Homeland Security, Secretary or the Treasury, or a designee, is hereby authorized to seize, inventory, and otherwise maintain custody and control of the property, whether held by the defendant or by a third party, and to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(3).

4. This forfeiture order is final as to the defendant, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A).

5. Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

Date: Jan 19, 2018
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge

United States District Judge Liam O'Grady

WE ASK FOR THIS:

    Dana J. Boente
    United States Attorney

By: *(signed)*
    Edward P. Sullivan
    Special Assistant United States Attorney (LT)
    Jack Hanly
    Assistant United States Attorney

*(signed)*
Steven J. Graves
Defendant

*(signed)*
Sara E. Kropf, Esq.
Counsel for Defendant